JOHN A. MARTIN, *as Governor of the State of Kansas*, v. THE STATE OF KANSAS, *ex rel. John Hall, County Attorney.*

COUNTY ATTORNEY — *Institution of Prosecution in Another County.* As a general proposition, a county attorney of one county cannot institute an action in the nature of a public prosecution, in the name of the state, in another county than his own, without the consent and against the objection of the attorney general.

*Error from Shawnee District Court.*

ACTION brought by *The State of Kansas*, on the relation of John Hall, county attorney of Stevens county, against *John A. Martin*, as governor of said state. The plaintiff prayed that the defendant might be temporarily enjoined and prohibited from taking further steps in the organization of the unorganized county of Grant—attached for judicial purposes to the county of Stevens; from the further consideration of the report of one Thomas J. Jackson as census-taker of Grant county; from designating any place as the temporary county seat of said county, until the further order of the district court of Shawnee county; and that upon the final hearing the injunction might be made perpetual. On April 9, 1888, the court granted a temporary injunction as prayed for. To reverse this order, the defendant brought the case to this court. The opinion herein was filed at the session of the court in June, 1888. The material facts are stated in *Martin, Governor, v. Ingham*, 38 Kas. 641, *et seq.*

*S. B. Bradford*, attorney general, and *Webb, Campbell & Spencer*, for plaintiff in error.

*John Hall*, county attorney, and *Waters, Chase & Tillotson*, for defendant in error.

*Per Curiam:* The county attorney of Stevens county had no right to institute this proceeding, in the name of the state, in the district court of Shawnee county, without the consent and against the objection of the attorney general. (Comp. Laws of 1885, ch. 25, art. 10, § 136; id., ch. 102, art. 7; *Comm'rs of Leavenworth Co. v. Brewer*, 9 Kas. 307.)

The order and judgment of the district court will be reversed, and the cause remanded, with direction to that court to vacate and set aside the injunction heretofore granted.